**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIDS MAGIC LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>     Defendants. | Case No.  26-cv-03925<br><br> |

## PLAINTIFF'S MOTION TO SEAL

Plaintiff KIDS MAGIC LLC ("Plaintiff") respectfully submits this application to file under seal the following documents until the hearing on Plaintiff's Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court:

(1)    Plaintiff's **Schedule A** attached to the Complaint, which identifies and includes a list of Defendants' online marketplace websites (the "Defendant Internet Stores") and the usernames for the Defendant Internet Stores;

(2)    Screenshot printouts showing the active Defendant Internet Stores **(Exhibit 3** to the Declaration of Juan Carlos Hormaechea); and

(3)    Results from Panoramic Consulting Ltd.'s investigation of all Defendant Internet Stores' seller names, URLs, addresses and phone numbers **(Exhibit 1** to the Declaration of Yingchun Hou).

Plaintiff has provisionally filed the documents under seal pending the Court's determination of this motion.

1

In this action, Plaintiff is requesting this *ex parte* relief based on a claim for copyright infringement. Sealing the requested documents is necessary to prevent the Defendants from learning of these proceedings prior to the entry of a temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying lawsuit and would interfere with this Court's power to grant relief. Once a temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Therefore, Plaintiff respectfully requests that the Court grants Plaintiff leave to file its Schedule A attached to the Complaint, Exhibit 3 to the Declaration of Juan Carlos Hormaechea, and Exhibit 1 to the Declaration of Yingchun Hou under seal. *See, e.g., WowWee Grp. Ltd. v. Meirly,* No. 1:18-cv-00706 (S.D.N.Y. Feb. 5, 2018), Dkt. No. 7 (granting application to seal); *Allstar Mktg. v. _GB Housewear Store*, No. 1:17-cv-07596 (S.D.N.Y. Oct. 12, 2017), Dkt. No. 22 (same); *Spin Master Ltd. v. Alan Yuan's Store*, No. 1:17-cv-07422 (S.D.N.Y. Oct. 13, 2017), Dkt. No. 19 (same); *Kipling Apparel Corp. v. Rhys*, No. 1:16-cv-00990 (S.D.N.Y. Feb. 17, 2016), Dkt. No. 14 (same).

Dated:      May 12, 2026                    Respectfully,

                                            **BOIES SCHILLER FLEXNER LLP**

                                            */s/ Christopher Tom*
                                            Christopher Tom, Esq.  (S.D.N.Y. Bar No. CT1983)
                                            55 Hudson Yards
                                            New York, NY 10001
                                            (212) 446-2300
                                            ctom@bsfllp.com

                                            *Counsel for Plaintiff KIDS MAGIC LLC*

2

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 12, and to maintain docket entries 17, 18, and 19 under seal.

Dated:     May 13, 2026                    SO ORDERED.
           New York, New York


                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE