UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIDS MAGIC LLC,

                    Plaintiff,

          -v.-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO
THE COMPLAINT,

                    Defendants.

---

26 Civ. 3925 (KPF)

**PRELIMINARY INJUNCTION
ORDER**

KATHERINE POLK FAILLA, District Judge:

THIS MATTER comes before the Court on the application of KIDS MAGIC LLC ("Plaintiff" or "KIDS MAGIC"), brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on the Schedule A to the [Proposed] Preliminary Injunction Order attached hereto (collectively, "Defendants") and using at least the domain names or online marketplace accounts identified on the Schedule A (collectively, the "Defendant User Accounts"); and

THIS COURT having reviewed the papers in support of the Application; and the Court having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and

1

THIS COURT further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including New York, by selling and shipping products into this Judicial District. Specifically, Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase unauthorized products ("Counterfeit Products") embodying copies or derivatives of or otherwise infringing on Plaintiff's copyrights covered by U.S. Copyright Registration Nos. VA 2-415-930 and VA 2-415-942 (the "PLIM PLIM Copyrights"), and/or bearing, using, or infringing upon Plaintiff's trademark covered by U.S. Trademark Registration No. 7,877,689 (the "PLIM PLIM Trademark", together with the PLIM PLIM Copyrights, the "PLIM PLIM IP"); and

THIS COURT having determined that the evidence submitted in support of the Application establishes Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm, if the injunction is not granted including for example:

1.     Through the Declarations of Juan Carlos Hormaechea and Christopher Tom and accompanying evidence, Plaintiff has proven a *prima facie* case of copyright infringement because (1) Plaintiff holds all right, title, and interest in and to the PLIM PLIM Copyrights, which reflect works that are original and entitled to protection under the Copyright Act; (2) Plaintiff develops, markets, and sells products using the PLIM PLIM Copyrights; (3) Defendants have reproduced, distributed, offered for sale, sold, and/or imported into the

United States and this Judicial District products embodying copies or derivatives of the PLIM PLIM Copyrights without authorization; (4) the Counterfeit Products are substantially similar to Plaintiff's copyrighted works such that an ordinary observer would recognize Defendants' products as appropriations of Plaintiff's copyrighted works; and (5) Defendants were not licensed or otherwise authorized to reproduce or distribute Plaintiff's copyrighted works in any manner;

2.    Through the Declarations of Juan Carlos Hormaechea and Christopher Tom and accompanying evidence, Plaintiff has proven a *prima facie* case of trademark infringement because (1) the PLIM PLIM Trademark is registered with the U.S. Patent and Trademark Office and Plaintiff holds all rights, title, and interest in and to the PLIM PLIM Trademark; (2) Plaintiff develops, markets, and sells products using the PLIM PLIM Trademark; (3) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products using the marks covered by the PLIM PLIM Trademark; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiff's trademarked products or would be confused by Defendants' use of the PLIM PLIM Trademark; and (5) Defendants are not licensed or authorized to use the PLIM PLIM Trademark and none of the Defendants are an authorized retailer of genuine versions of Plaintiffs' trademarked products.

3.    Defendants' continued and unauthorized use of the PLIM PLIM IP irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales;

3

4.      Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law; and

5.      The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

THIS COURT having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on May 13, 2026 [Dkt. No. 22] and later extended on May 19, 2026 [Dkt. No. 24] should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

NOW THEREFORE, on this fifth day of June, 2026, this Court ORDERS the following:

1.      Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from

a.      Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

b.      Using, reproducing, distributing, displaying, offering for sale, or selling, in any manner, any copies or derivative works of the PLIM PLIM Copyrights, or any substantially similar reproductions thereof, in connection with the distribution,

marketing, advertising, offering for sale, or sale of any Counterfeit Products;

c.    Representing, inducing, or enabling others to reproduce, distribute, offer for sale, or sell any product embodying copies or derivative works of the PLIM PLIM Copyrights as authorized, licensed, or approved by Plaintiff, when such products are not, in fact, produced under Plaintiff's authorization, control, or supervision;

d.    Further infringing the PLIM PLIM Copyrights and damaging Plaintiff's goodwill;

e.    Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which contain copies or derivative works of the PLIM PLIM Copyrights;

f.    Using the PLIM PLIM Trademark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

g.    Passing off, inducing, or enabling others to sell or pass off any product as a genuine version of a PLIM PLIM product that is

5

not, in fact, a genuine version of a PLIM PLIM product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale using the PLIM PLIM Trademark; and

h.      Further infringing the PLIM PLIM Trademark and damaging Plaintiff's goodwill;

2.      Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including by way of example, all AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shein, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Temu, Walmart, Wise/TransferWise, Wish, and World First accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through h, above

3.      Within five (5) days of receipt of this Order, eBay, Shein, Walmart, and any other online marketplace platform or service provider hosting or servicing a Defendant User Account are directed to disable and cease providing services for any Defendant User Accounts through which Defendants are currently engaged in the sale of infringing goods using the PLIM PLIM IP.

4.      Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any

6

Defendant User Account, including, without limitation, any online marketplace platforms such as Amazon, DHgate eBay, Etsy, Redbubble, Shein, Temu, Walmart, Wish, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shein, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to

a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant User Accounts, and Defendants' financial accounts, as well as

7

providing a full accounting of Defendants' sales and listing history related to their respective Defendant User Accounts;

c. Defendant User Accounts or any domain name registered by Defendants;

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shein, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Temu, Walmart, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.     eBay, Shein, Walmart, and any other online marketplace platform or service provider hosting or servicing a Defendant User Account shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

   a.     Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shein, Shopify, Stripe, Temu, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts connected to and related to the Defendants listed in Schedule A to this Order; and

   b.     Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.     Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any Defendant User Account, shall within five (5) business days of receipt of this Order

   a.     Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts

9

connected to the Defendants listed in the Schedule A to this Order; and

b.    Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8.    Plaintiff may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for Defendants by third parties that includes a link to said website.  The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.    Schedule A attached to the Complaint, Exhibit 3 to the Declaration of Juan Carlos Hormaechea, and Exhibit 1 to the Declaration of Yingchun Hou shall become unsealed.

10.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

11.    The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED.

Dated:    June 5, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

11

## SCHEDULE A TO [PROPOSED] PRELIMINARY INJUNCTION ORDER

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | athgiy_0 | https://www.ebay.com/usr/athgiy_0?_tab=about |
| 2 | byhhwom_0 | https://www.ebay.com/usr/byhhwom_0?_tab=about |
| 3 | colourfultoyworld88 | https://www.ebay.com/str/colourfultoyworld88 |
| 4 | do something wholeheartedly (tongmiao) | https://www.ebay.com/str/dosomethingwholeheartedly |
| 5 | jessieloverose88 | https://www.ebay.com/usr/jessieloverose88?_tab=about |
| 6 | TechShell Studio (yanyub) | https://www.ebay.com/str/yanyub |
| 7 | 5TH | https://us.shein.com/store/home?store_code=9542700410 |
| 8 | Alpine Beauty | https://us.shein.com/store/home?store_code=2680970568 |
| 9 | bdgdshf | https://us.shein.com/store/home?store_code=5153799180 |
| 10 | bndrt6h45rrhgGSRHT | https://us.shein.com/store/home?store_code=9732145709 |
| 11 | bsbsn n | https://us.shein.com/store/home?store_code=2223721740 |
| 12 | bsnbsnb | https://us.shein.com/store/home?store_code=2301182886 |
| 13 | cbstartup | https://us.shein.com/store/home?store_code=7063589607 |
| 14 | cbxchchn | https://us.shein.com/store/home?store_code=7205933730 |
| 15 | cexim | https://us.shein.com/store/home?store_code=1635349618 |
| 16 | CHENGZHI SHOP | https://us.shein.com/store/home?store_code=8113092202 |
| 17 | chenshengfa22 | https://us.shein.com/store/home?store_code=6595107141 |
| 18 | Coastal Glow.3 | https://us.shein.com/store/home?store_code=5308753188 |
| 19 | Comfortable clothing | https://us.shein.com/store/home?store_code=1291741961 |
| 20 | Cute clothing S | https://us.shein.com/store/home?store_code=7950913887 |

| 21 | CX Lucky Find | https://us.shein.com/store/home?store_code=2773923286 |
|----|---------------|-------------------------------------------------------|
| 22 | dailiang22 | https://us.shein.com/store/home?store_code=3067634313 |
| 23 | DEJUNSHOP | https://us.shein.com/store/home?store_code=6323895320 |
| 24 | dfhfgsfh | https://us.shein.com/store/home?store_code=7736225492 |
| 25 | dgrfjykfhs | https://us.shein.com/store/home?store_code=1477119296 |
| 26 | dgshdsdgh | https://us.shein.com/store/home?store_code=8989474843 |
| 27 | dnhdughtlu035 | https://us.shein.com/store/home?store_code=4827984235 |
| 28 | DONGWEGMN SHOP | https://us.shein.com/store/home?store_code=2479149546 |
| 29 | DS Mega Mart | https://us.shein.com/store/home?store_code=7780958402 |
| 30 | dsahgsdhd | https://us.shein.com/store/home?store_code=1937498874 |
| 31 | dsgdhfgjk | https://us.shein.com/store/home?store_code=9805305494 |
| 32 | dsseysdh | https://us.shein.com/store/home?store_code=6406211845 |
| 33 | DUGUOFEIQR SHOP | https://us.shein.com/store/home?store_code=3690775202 |
| 34 | ee22dq121 | https://us.shein.com/store/home?store_code=9982918962 |
| 35 | eheh iu | https://us.shein.com/store/home?store_code=2816171744 |
| 36 | eiu jfdsl | https://us.shein.com/store/home?store_code=3103988826 |
| 37 | fb8 | https://us.shein.com/store/home?store_code=9264693754 |
| 38 | FGSFFDSFDSF6tghft | https://us.shein.com/store/home?store_code=5779092424 |
| 39 | fgssfgss | https://us.shein.com/store/home?store_code=7034963722 |
| 40 | fhdnbdgfcbfhbfthtrf | https://us.shein.com/store/home?store_code=6559162015 |
| 41 | fhsdhh | https://us.shein.com/store/home?store_code=7167117985 |
| 42 | ftujhdrhtfhdfhtgh | https://us.shein.com/store/home?store_code=4828967259 |
| 43 | fyhrteuyeru | https://us.shein.com/store/home?store_code= |

| | | |
|---|---|---|
| | | 5769541860 |
| 44 | gadsgd | https://us.shein.com/store/home?store_code=5026478119 |
| 45 | GDGFDGDFGHDytj56 | https://us.shein.com/store/home?store_code=6481887395 |
| 46 | gjfghfthdfthtgyjh | https://us.shein.com/store/home?store_code=1318797189 |
| 47 | gljjjjgf | https://us.shein.com/store/home?store_code=5652775598 |
| 48 | gzyyztrt | https://us.shein.com/store/home?store_code=2801795700 |
| 49 | hello nini | https://us.shein.com/store/home?store_code=5865071462 |
| 50 | hkfh | https://us.shein.com/store/home?store_code=7283385811 |
| 51 | hsdgsdfges | https://us.shein.com/store/home?store_code=1726386224 |
| 52 | ijk | https://us.shein.com/store/home?store_code=6524860294 |
| 53 | Ivory Cosmetics | https://us.shein.com/store/home?store_code=8873270942 |
| 54 | JDSHVIOS | https://us.shein.com/store/home?store_code=4022170988 |
| 55 | Ji Hongxiang | https://us.shein.com/store/home?store_code=1692737300 |
| 56 | KAYMAINIKGKD | https://us.shein.com/store/home?store_code=2938080350 |
| 57 | kjbauiaguihuaouh | https://us.shein.com/store/home?store_code=1429817398 |
| 58 | l2uwa3nyang store | https://us.shein.com/store/home?store_code=3751550361 |
| 59 | LIGHTLYPOUNDEDYI | https://us.shein.com/store/home?store_code=1853587421 |
| 60 | LIGUANGMINGSV SHOP | https://us.shein.com/store/home?store_code=2205346287 |
| 61 | LINEARLIMEYUMI | https://us.shein.com/store/home?store_code=5428682273 |
| 62 | LIU SHUANG GH SHOP | https://us.shein.com/store/home?store_code=5253570339 |
| 63 | liucuimengnvzhuang | https://us.shein.com/store/home?store_code=9665149350 |
| 64 | LIUFH SHOP | https://us.shein.com/store/home?store_code=4022458277 |
| 65 | LIUJINHAICD SHOP | https://us.shein.com/store/home?store_code=3765173134 |

14

| 66 | LivingLuxerea | https://us.shein.com/store/home?store_code=1111240671 |
| 67 | LOVQUWEIB | https://us.shein.com/store/home?store_code=9707279971 |
| 68 | LULIJI SHOP | https://us.shein.com/store/home?store_code=2499607214 |
| 69 | mdn mdn | https://us.shein.com/store/home?store_code=6137741486 |
| 70 | mdsfgsf | https://us.shein.com/store/home?store_code=7470089803 |
| 71 | njdnmmm | https://us.shein.com/store/home?store_code=9640143749 |
| 72 | nsxnm | https://us.shein.com/store/home?store_code=7087058999 |
| 73 | PENGJINHEMN SHOP | https://us.shein.com/store/home?store_code=4596888251 |
| 74 | QTHCTK | https://us.shein.com/store/home?store_code=8179295813 |
| 75 | rftyujfhtdfhgdhgyhjmtgj | https://us.shein.com/store/home?store_code=6276353952 |
| 76 | rpjwojcctmail.com | https://us.shein.com/store/home?store_code=2185243156 |
| 77 | sagsdcafgdfsfgr | https://us.shein.com/store/home?store_code=3867142140 |
| 78 | sagsdcagrgbret | https://us.shein.com/store/home?store_code=7683879136 |
| 79 | sdrhv sdfhd | https://us.shein.com/store/home?store_code=2583929971 |
| 80 | sdrtsg serth | https://us.shein.com/store/home?store_code=9724341581 |
| 81 | shenxi1n11 store | https://us.shein.com/store/home?store_code=5733620274 |
| 82 | Shop5Rafael | https://us.shein.com/store/home?store_code=5580086890 |
| 83 | SilviaAvarado | https://us.shein.com/store/home?store_code=4911639916 |
| 84 | SONGHAIYANFL SHOP | https://us.shein.com/store/home?store_code=9094434186 |
| 85 | Stellar Glow Cosmetics Hub | https://us.shein.com/store/home?store_code=2126045104 |
| 86 | stPERuLz | https://us.shein.com/store/home?store_code=2444445666 |
| 87 | SUNSHAOHUAKL SHOP | https://us.shein.com/store/home?store_code=6896009688 |
| 88 | sxxvz | https://us.shein.com/store/home?store_code= |

| | | 4065297934 |
|---|---|---|
| 89 | taizhouleimaoshang maoyouxiangongsi | https://us.shein.com/store/home?store_code= 4782786357 |
| 90 | TANJIGNL SHOP | https://us.shein.com/store/home?store_code= 5972167128 |
| 91 | thediscountishere | https://us.shein.com/store/home?store_code= 7921324403 |
| 92 | thyjjk | https://us.shein.com/store/home?store_code= 3051456107 |
| 93 | TJL66EJUWZLtJ9X mtLtpD | https://us.shein.com/store/home?store_code= 8687878588 |
| 94 | Tongan Trading | https://us.shein.com/store/home?store_code= 7138698238 |
| 95 | UNH | https://us.shein.com/store/home?store_code= 5908870045 |
| 96 | vcxfvbcx | https://us.shein.com/store/home?store_code= 4063384314 |
| 97 | wanghuiguang00 | https://us.shein.com/store/home?store_code= 3714221642 |
| 98 | wangshaofangnvzhua ng | https://us.shein.com/store/home?store_code= 6146395371 |
| 99 | West Ph Arcade | https://us.shein.com/store/home?store_code= 2166167567 |
| 100 | Wool Wish House | https://us.shein.com/store/home?store_code= 8898154528 |
| 101 | wqvjbgre | https://us.shein.com/store/home?store_code= 7918757634 |
| 102 | wshusnm20m | https://us.shein.com/store/home?store_code= 9495039565 |
| 103 | xiayongnvzhuang | https://us.shein.com/store/home?store_code= 4734894330 |
| 104 | XIRULIANGIJ SHOP | https://us.shein.com/store/home?store_code= 2979970184 |
| 105 | yrdthjfyxfbb | https://us.shein.com/store/home?store_code= 8071254010 |
| 106 | ytetcutqng058 | https://us.shein.com/store/home?store_code= 6125001662 |
| 107 | ZHANGJIANJUNFH SHOP | https://us.shein.com/store/home?store_code= 1738705070 |
| 108 | ZHANGJUNEF SHOP | https://us.shein.com/store/home?store_code= 8568561912 |
| 109 | ZHANGSHAJUNEF SHOP | https://us.shein.com/store/home?store_code= 6386459552 |
| 110 | zhaoguiwen22 | https://us.shein.com/store/home?store_code= 2017709426 |

| 111 | zhaohaodedian | https://us.shein.com/store/home?store_code=3205388783 |
| 112 | zhijiangshixinaoshangmaodian | https://us.shein.com/store/home?store_code=4717174137 |
| 113 | Zilian-shop | https://us.shein.com/store/home?store_code=4762999068 |
| 114 | Zisncetnith | https://us.shein.com/store/home?store_code=8423606568 |
| 115 | Tranquil Guild | https://www.walmart.com/reviews/seller/101668829 |
| 116 | Yinrez Electronics | https://www.walmart.com/reviews/seller/102885089 |